UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRY ALAN TENNYSON | : | CASE NUMBER A07-78937-CRM |
|     DEBTOR | : | |
| | : | |
| NANCY J. WHALEY, TRUSTEE | : | |
|     PLAINTIFF | : | JUDGE MULLINS |
| Vs. | : | |
| | : | |
| TERRY ALAN TENNYSON | : | CONTESTED MATTER |
|     DEBTOR | : | |
| | : | |
| | : | |

## NOTICE OF APPEAL

Nancy J. Whaley, Standing Chapter 13 Trustee in this case (the "Trustee"), hereby appeals under 28 U.S.C. § 158(a) from the Order on the Trustee's Objection to Confirmation and Order Confirming Debtor's Plan entered on September 30, 2008 at docket numbers 24 and 25.

The names of all parties to the Order appealed from and their names, addresses, and telephone numbers of their counsel are as follows:

    Appellant:    Nancy J. Whaley, Standing Chapter 13 Trustee for Terry Alan Tennyson

                Counsel:    Nancy J. Whaley
                                Eric W. Roach
                                303 Peachtree Center Ave., NE, Suite 120
                                Atlanta, GA  30303
                                (678) 992-1209

  Appellee:  Terry Alan Tennyson
        1258 Allgood Road
        Stone Mountain, GA 30083-5353

    Counsel:  Alex Dolhancyk
        The Dolhancyk Law Firm, PC
        522 Flint Trail, Suite B
        Jonesboro, GA 30236
        (678) 610-0007

This the 8th day of October, 2008

        Respectfully submitted,

        /s/Nancy J. Whaley
        Nancy J. Whaley
        Chapter 13 Trustee
        State Bar Number 377941
        303 Peachtree Center Ave., NE, Suite 120
        Atlanta, GA  30303
        (678) 992-1209

        /s/Eric W. Roach
        Eric W. Roach
        Attorney for Chapter 13 Trustee
        State Bar Number 143194
        303 Peachtree Center Ave., NE, Suite 120
        Atlanta, GA  30303
        (678) 992-1213

*/scw*

## CERTIFICATE OF SERVICE

**Case Number A07-78937-CRM**

This is to certify that I have this day served:

Debtor:
Terry Alan Tennyson
1258 Allgood Road
Stone Mountain, GA 30083-5353

Attorney for Debtor:
Alex Dolhancyk
The Dolhancyk Law Firm, PC
522 Flint Trail, Suite B
Jonesboro, GA 30236

with a copy of the foregoing Notice of Appeal by deposition in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This the 8th day of October, 2008

/s/Nancy J. Whaley
Nancy J. Whaley
Chapter 13 Trustee
State Bar Number 377941
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1209