

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TERRY ALAN TENNYSON, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 07-78937-CRM |
| NANCY J. WHALEY, | |
| Appellant, | |
| vs. | |
| TERRY ALAN TENNYSON, | CIVIL ACTION FILE |
| Appellee. | NO. 1:08-cv-3428-RWS |

## JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the appeal of the bankruptcy order entered 9/3/2008, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 14th day of August, 2009.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                     By:  s/ Gretchen Rosa
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 14, 2009
James N. Hatten
Clerk of Court

By:s/ Gretchen Rosa
     Deputy Clerk